Argued and submitted January 29, judgments vacated, remanded for entry of a single judgment of conviction and for resentencing February 17, 1988

## STATE OF OREGON,
### *Respondent,*
### *v.*
## DWIGHT CARLTON ARNOLD, JR.,
### *Appellant.*

### (CF 87-95; CA A44267)

749 P2d 619

Glenn N. Solomon, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

John A. Reuling, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted for possession of a controlled substance and for delivery of a controlled substance. Both convictions arose out of the same transaction and involved the same drug. The state concedes, and we agree, that there should have been only one conviction. *State v. Finn,* 79 Or App 439, 719 P2d 898 (1986).

Judgments vacated; remanded for entry of a single judgment of conviction and for resentencing.